IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DONALD LESLEY AMES, JR.**                                                                 **PLAINTIFF**

V.                              **CASE NO. 5:23-CV-5172**

**SHERIFF SHAWN HOLLOWAY,**
Benton County, Arkansas;
and **MEGAN RUTLEDGE,**
Benton County Detention Center                                              **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 8) filed on November 9, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No objections to the R&R were filed by any party.

Having reviewed the case, the Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Upon initial screening pursuant to 28 U.S.C. § 1915A, **IT IS THEREFORE ORDERED** that:

- all claims against Defendant Holloway are dismissed and
- the official capacity claims against Defendant Rutledge are dismissed.

This leaves for later resolution the individual capacity claims against Defendant Rutledge. By separate Order the Amended Complaint will be served on Defendant Rutledge

**IT IS SO ORDERED** on this 28th day of November, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE