IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONALD LESLEY AMES, JR.                                                                    PLAINTIFF

v.                          Civil No.  5:23-cv-05172-MEF

MEGAN RUTLEDGE,
Benton County Detention Center                                                              DEFENDANT

## OPINION AND ORDER

This civil rights case is before the Court on the Plaintiff's failure to comply with the Orders of the Court.  The case is before the undersigned pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c)(1).  (ECF No. 18).

## I. DISCUSSION

Plaintiff, Donald L. Ames, Jr. ("Ames"), filed this action pursuant to 42 U.S.C. §1983.  He proceeds *pro se* and *in forma pauperis*.

Ames was incarcerated in the Benton County Detention Center ("BCDC") when he filed his original and amended complaints.  (ECF Nos. 1 & 7).  On October 4, 2023, when the case was opened, Ames was specifically advised that he was required to immediately inform the Court of any change of address.  (ECF No. 3).  If Ames was transferred or released, Ames was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release.  *Id.*  He was advised that failure to do so would result in the dismissal of the case.  *Id.*  Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas, requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

1

On February 14, 2024, Ames submitted a change of address indicating he was now incarcerated in the Washington County Detention Center ("WCDC"). (ECF No. 19). On June 7, 2024, Defendant Rutledge filed a Motion for Summary Judgment. (ECF Nos. 20-22). On June 10, 2024, an Order was entered directing Ames to respond to the Motion by July 1, 2024. (ECF No. 23).

On June 14, 2024, the Court's Order directing Ames to respond to the Summary Judgment Motion was returned as undeliverable with a notation that Ames was no longer incarcerated at the WCDC. (ECF No. 24). Ames had until July 15, 2024, to provide the Court with his new address. To date, Ames has not provided a new address or contacted the Court in anyway.

## II.   CONCLUSION

For this reason, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED AND ADJUDGED this 24th day of July 2024.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE